IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



RICHARD JUNIOUS HILL, SR.,

Plaintiff,

vs.

PAUL REES, M.D.,

Defendant.

CV 18–99–H–DLC–JTJ

ORDER

United States Magistrate Judge John T. Johnston entered his Order and Findings and Recommendations on January 4, 2019, recommending the denial of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction. (Doc. 15 at 3.) Plaintiff did not object to the Findings and Recommendations and so has waived the right to de novo review thereof. 28 U.S.C. § 636(b)(1)(C). Absent objection, this Court reviews findings and recommendations for clear error. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted). Reviewing for clear error and finding none,

IT IS ORDERED that Judge Johnston's Order and Findings and Recommendations (Doc. 15) are ADOPTED IN FULL. Plaintiff's Motion (Doc. 3) is DENIED.

DATED this 1st day of February, 2019.

Dana L. Christensen, Chief Judge
United States District Court